UNITED STATES DISTRICT COURT
for the
Southern District of Georgia
Savannah Division

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2020 JAN 29 PM 4:25

CLERK
SO. DIST. OF GA.

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation form 49, Waiver of Hearing is Attached)*

| | | | |
|---|---|---|---|
| Name of Offender: | John Willie Scott, Jr. | Case Number: | 4:17CR00250-1 |

Name of Sentencing Judicial Officer:   Honorable William T. Moore, Jr.
Judge, U.S. District Court

Date of Original Sentence:   June 7, 2018

Original Offense:   Possession of a firearm by a convicted felon

Original Sentence:   27 months custody; 3 years of supervised release; $100 assessment

Type of Supervision:   Supervised Release

Date Supervision Commenced:   June 7, 2019

Assistant U.S. Attorney:   E. Gregory Gilluly, Jr.

Defense Attorney:   Cameron C. Kuhlman

---

### PETITIONING THE COURT

[X]   To modify the conditions of supervision as follows:

A curfew is imposed as a special condition of supervised release. You must comply with the conditions of a curfew from 10:00 p.m. until 6:00 a.m. for the period of supervision. During this time, you will remain at your place of residence at all times and shall not leave except when such leave is approved in advance by the probation officer.

### CAUSE

On January 10, 2020, the offender, John Willie Scott, Jr., was arrested by Savannah Police Department (SPD) officers on arrest warrants secured due to events documented from December 19, 2019. SPD records indicate that on December 19, 2019, officers were conducting evening surveillance in the area of 38th Street and Harden Street in Savannah, Georgia. Officers reported observing an individual identified as Michael McGlaughin conducting several hand-to-hand drug transactions from the porch of 2123 Harden Street. While watching McGlaughin, officers observed two other men in and around a red Kia sedan. Officers reportedly observed McGlaughin make multiple contacts with the driver of the Kia sedan. When officers attempted to make contact with the three men, McGlaughin and a second man, later identified as Amalh Bacon, were taken into custody. McGlaughin was charged with various drug offenses. SPD officers reported the driver of the Kia sedan started the vehicle, disregarded responding police and their emergency vehicles, and fled from the area at a high speed

Prob 12B  
(08/18)  
Request for Modifying the Conditions or Term of Supervision

Re: John Willie Scott, Jr.  
Case Number: 4:17CR00250-1  
Page 2

while also disregarding stop signs. Officer James Ward reported he was struck by the Kia sedan's passenger side mirror and door as the vehicle pulled away from the curb and fled from responding police.

Records indicate that soon after this incident, the offender's girlfriend reported her vehicle, a red Kia sedan, stolen. Once the vehicle was recovered, SPD officers conducted a follow-up investigation. Officers learned of the offender's identity, learned of his connection to the vehicle, and reported that he was identified as the driver who fled in the Kia sedan on the evening of December 19, 2019. SPD officers secured arrest warrants for the offender for the charges of reckless driving and fleeing to elude.

On January 10, 2020, SPD officers again reported observing the offender in the area of 38th Street and Harden Street. Records indicate officers attempted to make contact with the offender to take him into custody, but he fled from officers on foot. The offender was captured a few blocks away. Scott was released on bond on January 11, 2020.

On January 13, 2020, this officer met with the offender at the U.S. Probation Office in Savannah to discuss the arrest noted above. The offender claimed he did not know why warrants were issued for his arrest. The offender stated he was home babysitting his young siblings on the evening his girlfriend's vehicle was reported stolen.

The probation officer notes that the offender's instant offense of conviction took place in the same area of Harden Street as noted above. Scott does not live in that area and is obviously associating with individuals involved in drug sales.

On January 23, 2020, this officer again met with the offender at the U.S. Probation Office, Savannah. The offender was presented with the attached Waiver of Hearing to Modify Conditions of Supervised Release and he waived his right to a hearing. The offender agreed to the modification of his supervised release as indicated above, and signed the Waiver of Hearing to Modify Conditions of Supervised Release. The probation officer respectfully requests that the Court modify the offender's conditions of supervised release to impose a curfew requiring the offender to remain at home between 10:00 p.m. and 6:00 a.m. unless approved in advance by the probation officer. This officer will continue to monitor the pending charges, and the Court will be notified if future violations occur.

Prob 12B
(08/18)

Request for Modifying the Conditions or Term of Supervision

Re: John Willie Scott, Jr.
Case Number: 4:17CR00250-1
Page 3

Respectfully submitted,

*[signature]*
Marion Pugh
U.S. Probation Officer
Date: January 27, 2020

Reviewed by:

*[signature]*
Stephen C. Highsmith
Supervisory U.S. Probation Officer

---

THE COURT ORDERS:

[ ]  No Action
[ ]  The Extension of Supervision as Noted Above
[X]  The Modification of Conditions as Noted Above
[ ]  Other

*[signature]*
William T. Moore, Jr.
Judge, U.S. District Court

_Jan. 29, 2020_
Date

PROB 49
(3/89)

# United States District Court

for the

Southern District of Georgia
Savannah Division

## Waiver of Hearing to Modify Conditions
## of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

A curfew is imposed as a special condition of supervised release. You must comply with the conditions of a curfew from 10:00 p.m. until 6:00 a.m. for the period of supervision. During this time, you will remain at your place of residence at all times and shall not leave except when such leave is approved in advance by the probation officer.

Witness: _____        Signed: _____
            (U.S. Probation Officer)                              (Probationer or Supervised Releasee)

1-23-20
Date